AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAR - 3 2008
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| CANTRELLE BRUMFIELD | ) Case No: 00-253 (N) |
| | ) USM No: 26641-034 |
| Date of Previous Judgment: June 21, 2001 | ) Richard Villere Kohnke |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ✔ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

✔ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months is reduced to _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 97 to 121 months | Amended Guideline Range: | 78 to 97 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Due to lack of a significant disparity between the previous guideline range and the amended guideline range, and because the mandatory minimum sentence here was 120 months, the Court chose not to reduce Defendant's sentence.

Except as provided above, all provisions of the judgment dated   6/21/2001   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   March 3, 2008

Effective Date:   March 13, 2008
(if different from order date)

Kurt D. Engelhardt, United States District Judge
Printed name and title